No. 82–6. KYPTA v. McDONALD'S CORP. ET AL. C. A. 11th Cir. Certiorari denied. 

No. 82–7. HEIMBACH, ORANGE COUNTY EXECUTIVE, ET AL. v. HUDSON VALLEY FREEDOM THEATRE, INC. C. A. 2d Cir. Certiorari denied. 

No. 82–9. SAADON v. UNITED STATES; and

No. 82–202. BEN-NATAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 697 F. 2d 300.

No. 82–10. CINCINNATI MILACRON CHEMICALS, INC., ET AL. v. BLANKENSHIP ET AL.; MINSTER MACHINE CO. v. KNITZ; and ST. VINCENT HOSPITAL & MEDICAL CENTER ET AL. v. ZAK ET AL. Sup. Ct. Ohio. Certiorari denied. Reported below: 69 Ohio St. 2d 608, 433 N. E. 2d 572 (first case); 69 Ohio St. 2d 460, 432 N. E. 2d 814 (second case); 69 Ohio St. 2d 471, 433 N. E. 2d 162 (third case).

No. 82–12. CHOCALLO, ADMINISTRATIVE LAW JUDGE v. PROKOP, CHAIRWOMAN, MERIT SYSTEMS PROTECTION BOARD, ET AL. C. A. D. C. Cir. Petition for certiorari and certiorari before judgment denied. 

No. 82–13. RANDOLPH v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 82–14. SHIRLEY ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 82–16. BALL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 82–17. COUCH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.